| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| Southern District of Florida | |
| Case number (if known) _____ Chapter 15 | ☐ Check if this is an amended filing |

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | |
|---|---|
| 1. Debtor's name | Minuano Comunicações e Produções Editorias Ltda., Diário de São Paulo Comunicações Ltda., Editora Fontana Ltda., and Cereja Serviços de Midia Digital Ltda. |
| 2. Debtor's unique identifier | **For non-individual debtors:**<br><br>☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __<br><br>☑ Other  Brazilian EIN / CNPJ    Describe identifier  See attached sheet<br><br>**For individual debtors:**<br><br>☐ Social Security number: xxx – xx– __ __ __ __<br><br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __<br><br>☐ Other _____ Describe identifier _____ |
| 3. Name of foreign representative(s) | Joice Ruiz Bernier, AJ Consultoria Empresarial Ltda. |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | State of São Paulo, Brazil |
| 5. Nature of the foreign proceeding | Check one:<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. Evidence of the foreign proceeding | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br><br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br><br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. |
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Debtor _____   Case number (if known)_____
     Name

| | |
|---|---|
| 8. **Others entitled to notice** | Attach a list containing the names and addresses of: |
| | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

9. **Addresses**

Country where the debtor has the center of its main interests:

Brazil

Debtor's registered office:

1011 Avenida Marquês de São Vicente
Number  Street

ZIP: 01139-003
P.O. Box

São Paulo              SP
City   State/Province/Region   ZIP/Postal Code

Brazil
Country

Individual debtor's habitual residence:

Number  Street

P.O. Box

City   State/Province/Region   ZIP/Postal Code

Country

Address of foreign representative(s):

Rua Lincoln Albuquerque, 259, CJ. 131
Number  Street

P.O. Box

Perdizes, São Paulo      SP
City   State/Province/Region   ZIP/Postal Code

Brazil    ZIP: 01139-003
Country

10. **Debtor's website** (URL) _____

11. **Type of debtor**

Check one:

☑ Non-individual (check one):

   ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ☐ Partnership

   ☐ Other. Specify: _____

☐ Individual

Debtor _____    Case number (if known) _____
       Name

| | |
|---|---|
| **12. Why is venue proper in *this* district?** | *Check one:* <br> ☑ Debtor's principal place of business or principal assets in the United States are in this district. <br> ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____ <br> ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____ |
| **13. Signature of foreign representative(s)** | I request relief in accordance with chapter 15 of title 11, United States Code. <br><br> I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition. <br><br> I have examined the information in this petition and have a reasonable belief that the information is true and correct. <br><br> I declare under penalty of perjury that the foregoing is true and correct. <br><br> X _/s/_ _____   Joice Ruiz Bernier <br> Signature of foreign representative   Printed name <br><br> Executed on 09/26/2019 <br>    MM / DD / YYYY <br><br> X _____   _____ <br> Signature of foreign representative   Printed name <br><br> Executed on _____ <br>    MM / DD / YYYY |
| **14. Signature of attorney** | X Arnoldo B. Lacayo _/s/_   Date 10/01/2019 <br> Signature of Attorney for foreign representative   MM / DD / YYYY <br><br> Arnoldo B. Lacayo <br> Printed name <br> Sequor Law, P.A. <br> Firm name <br> 1001 Brickell Bay Drive <br> Number  Street <br> Miami        Fl.   33131 <br> City         State  ZIP Code <br><br> (305) 372-8282         alacayo@sequorlaw.com <br> Contact phone         Email address <br><br> 675482          FL <br> Bar number         State |



## **DEBTORS' UNIQUE INDENTIFIERS**
(Attachment to Official Form 401 – Chapter 15 Petition for Recognition of Foreign Proceeding)

| Debtor Name | Brazilian EIN/CNPJ |
| --- | --- |
| Minuano Comunicações e Produções Editorias Ltda. | 06.176.979/0001-30 |
| Diário de São Paulo Comunicações Ltda. | 07.602.781/0001-33 |
| Editora Fontana Ltda. | 08.193.045/0001-31 |
| Cereja Serviços de Mídia Digital Ltda. | 10.189.293/0001-50 |